**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

STEPHEN W SWEIGART

2015 NOV -4 A 9 24

_(In the space above enter the full name(s) of the plaintiff(s).)_

15-7873 RMB AMD

- against -

SAMUEL SWEIGART

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name              STEPHEN W. SWEIGART
              Street Address    413 WOODLAND AVE
              County, City      CAMDEN  CHERRY HILL, N.J. 08002-226
              State & Zip Code  08002-2286
              Telephone Number  856 520 0834

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    c/o  Name __SAMUEL SWEIGART__ Floodin
Street Address __1300 Rt 38 WEST Camden__
County, City __CAMDEN - CHERRY HILL NJ__
State & Zip Code __NJ 08002__

Defendant No. 2    Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3    Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4    Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions          [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff  [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __UNITED STATES COPYRIGHT LAW__

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __NEW JERSEY__

Defendant(s) state(s) of citizenship __NEW JERSEY OR PENNSYLVANIA__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __CAMDEN COUNTY NEW JERSEY__

B. What date and approximate time did the events giving rise to your claim(s) occur? __November 2015 Actually since November 2014__

C. Facts [What happened to you?]: __I AM A Register Copyrighted Author, Samuel Sweigart continually places my address as his. The person is continually misrepresing my person.__

[Who did what?]

[Was anyone else involved?] __Robert L. Sweigart his father has been pretending he is my person for many years__

[Who else saw what happened?] __I have A mailed envelop from Government Animal Shelter Camden County__

-3-

__I have owned property since 1980 I always pay property Tax__

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

The injury is loss of income for 40 years with Robert Swagart

Loss of Income One Year Samuel Swagart

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want correction and monetary compensation,

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __4__ day of __November__, 20__15__.

Signature of Plaintiff _____
Mailing Address  413 Woodcard Ave
Cherry Hill NJ 08002
Telephone Number  812 520 0834
Fax Number *(if you have one)* _____
E-mail Address  SWSmusic30@yahoo.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____